IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARCUS BOUNDS<br>1600 Magnolia Drive<br>Delmar, Delaware 19940 | *<br><br>* | Civil Action No.: _____ |
| | * | |
| v. | * | |
| DEPUTY BENJAMIN C. PARSONS<br>Individually and in his official capacity as<br>Deputy with the Wicomico County Sheriff's Department<br>401 Naylor Mill Road<br>Salisbury, Maryland 21801 | *<br><br>*<br><br>* | |
| and | * | |
| CORPORAL CRISTAN K. TAYLOR<br>Individually and in his official capacity as<br>Corporal with the Wicomico County Sheriff's Department<br>401 Naylor Mill Road<br>Salisbury, Maryland 21801 | *<br><br>*<br><br>* | |
| and | * | |
| OFFICER KEITH HEACOOK<br>Individually and in his official capacity as<br>Officer with the Delmar Police Department<br>102 S. Pennsylvania Ave.<br>Delmar, Maryland 21875 | *<br><br>*<br><br>* | |
| and | * | |
| OFFICER TRAVIS DALLAM<br>Individually and in his official capacity as<br>Officer with the Delmar Police Department<br>102 S. Pennsylvania Ave.<br>Delmar, Maryland 21875 | *<br><br>*<br><br>* | |
| Defendants | * | |

## **JURY DEMAND**

Plaintiff, pursuant to Federal Rule 38(b) demands trial by jury on all Counts of the Complaint filed in the above captioned matter.

Date: April 10, 2015

_____
Luke A. Rommel, Esquire
(Federal Bar #16949)
lrommel@otwayrusso.com

OTWAY, RUSSO & ROMMEL, P.C.
P.O. Box 4096
Salisbury, Maryland 21803
Telephone 410-749-3900
Facsimile 410-749-8577
*Attorneys for Plaintiffs*

LAW OFFICES • OTWAY, RUSSO & ROMMEL, P.C. • 108 DOWNTOWN PLAZA, P.O. BOX 4096 • SALISBURY, MARYLAND 21801-4096