IN THE UNITED STATES COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARCUS BOUNDS | * | Civil Action No. – JFM-15-1033 |
| Plaintiff | * | |
| v. | * | |
| DEPUTY BENJAMIN PARSONS, ET AL. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

MARCUS BOUNDS, Plaintiff, by his attorney, Luke A. Rommel, and Rommel and Associates, LLC, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum and Order and Judgment entered in this case on June 6, 2016.

Date:   June 7, 2016

_____
Luke A. Rommel, Esquire
Rommel and Associates, LLC
108 West Main Street, Suite 2B
Salisbury, Maryland 21801
(443) 859-8131
lrommel@rommelandassociates.com

1

**CERTIFICATE OF SERVICE**

I CERTIFY that on this 7th day of June, 2016, a copy of the foregoing was emailed to Jeffrey W. Bredeck; bredeck@ewmd.com Kevin Bock Karpinski; kevin@bkcklaw.com, bpizanis@bkcklaw.com; Megan Green Anderson; Anderson@ewmd.com; and Paul N. Rouhana; paul.rouhana@stflawyers.com.

Luke A. Rommel, Esquire
Rommel and Associates, LLC
108 West Main Street, Suite 2B
Salisbury, Maryland 21801
(443) 859-8131